# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00664-CV

**Compasa, L.L.C. and Yadira Yvette Salinas, Appellants**

**v.**

**Marcus Food Co., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-09-000458, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Compasa, L.L.C., and Yadira Yvette Salinas filed their notice of restricted appeal on November 16, 2009. Appellants' brief was due in this Court on January 21, 2010. On February 25, 2010, the Clerk of this Court sent a notice to appellants that their brief was overdue and that their appeal would be dismissed for want of prosecution if they did not respond to this Court by March 8, 2010. On March 29, 2010, counsel for appellants filed a motion to withdraw. On May 25, 2010, the Clerk of this Court sent a notice to appellants that their counsel's motion to withdraw was granted and a further notice to appellants that their brief was overdue and that their appeal would be dismissed for want of prosecution if they did not respond to this Court by June 4, 2010. To date, appellants have not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Prosecution

Filed:   July 8, 2010